UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

DENNIS A. JONES, *on behalf of himself*  )
*and all others similarly situated*,       )
                                           )
*Plaintiff*,                               )
                                           )   Case No. 3:18-cv-190
v.                                         )
                                           )   Judge Mattice
UNITED COMMUNITY BANK, INC.,               )   Magistrate Judge Guyton
                                           )
*Defendant*.                               )

## JUDGMENT

This case came before the Court on the Motion to Compel Arbitration [Doc. 37] of Defendant United Community Bank. The Honorable Harry S. Mattice, Jr., United States District Judge, having granted the Motion,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 13th day of February, 2020.

/s/ *John Medearis*
John Medearis
CLERK OF COURT